United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas Kilbourne  
      Debtor

Case No. 18-16799-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey      Page 1 of 1      Date Rcvd: Oct 12, 2018  
                                Form ID: 130      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2018.  
db           +Thomas Kilbourne,    701 Corson Street,    Bristol, PA 19007-3833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2018 at the address(es) listed below:  
           PAUL H. YOUNG    on behalf of Debtor Thomas  Kilbourne support@ymalaw.com,    ykaecf@gmail.com,  
             paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                                             TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                         Chapter: 13

Thomas Kilbourne

                   Debtor(s)           Bankruptcy No: 18−16799−mdc

*O R D E R*

**AND NOW,** this 12th day of October 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 10/25/2018
    Chapter 13 Plan due by 10/25/2018
    Schedules AB−J due 10/25/2018
    Statement of Financial Affairs due 10/25/2018
    Summary of Assets and Liabilities Form B106 due 10/25/2018
    Statement of current monthly income 122C−1 due 10/25/18
    Means Test Calculation 122C−2 due 10/25/18

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                                                   By the Court

                                          Magdeline D. Coleman
                             Judge , United States Bankruptcy Court