# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  THOMAS KILBOURNE         :         CHAPTER 13
                                 :
**Debtor**                       :         NO. 18-16799

## ORDER

AND NOW, this 26th day of October, 2018, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an additional sixteen (16) days **or until November 10, 2018** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

*Magdeline D. Coleman*
_____
                              J.

Copies to:

Paul H. Young, Esquire
3554 Hulmeville Road
Suite 102
Bensalem, PA   19020

U.S. Trustee's Office
833 Chestnut St., Ste. 500
Philadelphia, PA 19106

Trustee

Debtor