United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-16799-mdc
Thomas Kilbourne                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey          Page 1 of 1         Date Rcvd: Jul 15, 2019
                           Form ID: pdf900        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
db          +Thomas Kilbourne,   701 Corson Street,   Bristol, PA 19007-3833
14212180    +Carrington Mortgage Se,   1600 S Douglass Rd Ste 2,   Anaheim, CA 92806-5951
14247954    +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951
14214007    +Deutsche Bank National Trust Company,   C/O KEVIN G. MCDONALD,   KML LAW GROUP, P.C.,
             701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
14224752     LOWER BUCKS PHYSICIAN ASSOCIATES,   WAKEFIELD AND ASSOCIATES,   PO BOX 50250,
             KNOXVILLE,TN 37950-0250
14225382    +SANTANDER CONSUMER USA,   P.O. Box 560284,   Dallas, TX 75356-0284
14212182    +Wakefield & Associates,   7005 Middlebrook Pike,   Knoxville, TN 37909-1156
14212183    +Young, Marr & Associates, LLC,   3554 Hulmeville Road,   Suite 102,   Bensalem, PA 19020-4366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Jul 16 2019 03:30:47    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2019 03:30:10
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 16 2019 03:30:27    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2019 03:32:22    Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14213075    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2019 03:32:07
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14212181    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2019 03:32:39
             Portfolio Recov Assoc,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
                                                                                    TOTAL: 6

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
         KEVIN G. MCDONALD   on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
          Trustee for New Century Home Equity Loan Trust 2004-3 bkgroup@kmllawgroup.com
         PAUL H. YOUNG   on behalf of Debtor Thomas  Kilbourne support@ymalaw.com,  ykaecf@gmail.com,
          paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: THOMAS KILBOURNE  :  Chapter 13

,  :

Debtor(s).  :  Bankruptcy No. 18-16799-MDC

## ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.    If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. ' 1326(a)(2).

Dated: 7/11/2019

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE